United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-11505-amc
Shareema M. Peterkin                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 3              Date Rcvd: Sep 12, 2018
                              Form ID: pdf900          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
```
db             +Shareema M. Peterkin,    4122 East Howell Street,    Philadelphia, PA 19135-3940
cr             +Americredit Financial Services, Inc.Dba GM Financi,    P.O. Box 183853,
                 Arlington, TX 76096-3853
cr             +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
14068652      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services,    dba GM Fianncial,    POB 183853,
                 Arlington, TX 76096)
14068804       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14171800       +Credit Acceptance Corp.,    c/o William E. Craig, Esq.,    Morton & Craig, LLC,    110 Marter Ave.,
                 Suite 301,    Moorestown, NJ 08057-3125
14068656        Department of Education/NELNET,    Mohela,    PO Box 740283,    Atlanta, GA 30374-0283
14068657       +Devry University,    1800 JFK Blvd.,    Suite 200,    Philadelphia, PA 19103-7419
14068660       +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14078099       +PHILA GAS WORKS,    800 W MONTGOMERY AVE,    PHILADELPHIA PA 19122-2898,
                 ATTN: BANKRUPTCY DEPT, 3FL
14131400       +Pennsylvania Housing Finance Agency,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
14068661       +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000 C Derry St.,
                 Harrisburg, PA 17111-5287
14068664       +Santander Consumer USA,    8585 N. Stemmons Fwy,    Suite 1000,    Dallas, TX 75247-3800
14080715       +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14070292       +U.S. Department of Education,    61 Forsyth St. SW 19T40,    Atlanta, GA 30303-8919
14068665       +US Bank, N.A.,    Trustee for PA Housing Finance Agency,    211 N. Front Street,    POB 15057,
                 Harrisburg, PA 17105-5057
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 13 2018 02:27:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:26:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2018 02:27:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14088159        E-mail/Text: bankruptcynotices@devry.edu Sep 13 2018 02:27:40
                 Adtalem Global Education/DEVRY,    1200 E. Diehl Rd.,    Naperville, IL 60563-9347
14068653       +E-mail/Text: bnc@atlasacq.com Sep 13 2018 02:26:43     Atlas Acquisition,    294 Union St.,
                 Hackensack, NJ 07601-4303
14088028       +E-mail/Text: bnc@atlasacq.com Sep 13 2018 02:26:43     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14182789        E-mail/Text: megan.harper@phila.gov Sep 13 2018 02:27:27     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14070281        E-mail/Text: megan.harper@phila.gov Sep 13 2018 02:27:27     City of Philadelphia,
                 Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
14068654        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2018 02:45:24     Capital One,
                 P.O. Box 85617,    Richmond, VA 23276-0001
14068655       +E-mail/Text: bankruptcy@philapark.org Sep 13 2018 02:27:46     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14070283        E-mail/PDF: creditonebknotifications@resurgent.com Sep 13 2018 02:44:48     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
14091583       +E-mail/Text: bankruptcynotices@devry.edu Sep 13 2018 02:27:40     Devry University,
                 1200 E. Diehl Rd.,    Naperville, IL 60563-9347
14068658        E-mail/Text: cio.bncmail@irs.gov Sep 13 2018 02:26:47     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14068659        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 13 2018 02:27:15     Jefferson Capital Systems,
                 PO Box 7999,    Saint Cloud, MN 56302-9617
14103765        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2018 02:45:37
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14092586       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 13 2018 02:26:48     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14072314        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 02:44:40
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14160410       +E-mail/Text: blegal@phfa.org Sep 13 2018 02:27:10     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14101457       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 13 2018 02:27:15     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14068662       +E-mail/Text: bankruptcy@rentacenter.com Sep 13 2018 02:27:48     Rent A Center,
                 501 S. 69th Street,    Upper Darby, PA 19082-4232
14068663       +E-mail/PDF: pa_dc_claims@navient.com Sep 13 2018 02:45:25     Sallie Mae,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
```

```
District/off: 0313-2          User: Randi                Page 2 of 3              Date Rcvd: Sep 12, 2018
                              Form ID: pdf900            Total Noticed: 39


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14088866       +E-mail/Text: electronicbkydocs@nelnet.net Sep 13 2018 02:27:12
                 U.S. Department of Education C/O Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
14068666        E-mail/Text: megan.harper@phila.gov Sep 13 2018 02:27:27      Water Revenue Bureau,
                 1401 J.F.K. Blvd.,    Philadelphia, PA 19102
                                                                                              TOTAL: 23


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14070277*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services,     dba GM Fianncial,    POB 183853,
                 Arlington, TX 76096)
14078030*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services,     dba GM Fianncial,    POB 183853,
                 Arlington, TX 76096)
14102850*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,     Dba GM Financial,
                 P.O. Box 183853,    Arlington, TX 76096)
14083208*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,     dba GM Financial,
                 PO Box 183853,    Arlington, TX 76096)
14070278*      +Atlas Acquisition,    294 Union St.,    Hackensack, NJ 07601-4303
14078031*      +Atlas Acquisition,    294 Union St.,    Hackensack, NJ 07601-4303
14078034*     ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court: City of Philadelphia,    Law Department, Enforecment Div.,
                 1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
14070279*       Capital One,   P.O. Box 85617,    Richmond, VA 23276-0001
14078032*       Capital One,   P.O. Box 85617,    Richmond, VA 23276-0001
14070280*      +City of Philadelphia,    Parking Violations Branch,    PO Box 41819,
                 Philadelphia, PA 19101-1819
14078033*      +City of Philadelphia,    Parking Violations Branch,    PO Box 41819,
                 Philadelphia, PA 19101-1819
14070282*      +Credit Acceptance,    25505 West Twelve Mile Road,    Suite 3000,    Southfield, MI 48034-8331
14078035*      +Credit Acceptance,    25505 West Twelve Mile Road,    Suite 3000,    Southfield, MI 48034-8331
14078036*       Credit One Bank,    PO Box 98872,    Las Vegas, NV 89193-8872
14070284*       Department of Education/NELNET,    Mohela,   PO Box 740283,    Atlanta, GA 30374-0283
14078037*       Department of Education/NELNET,    Mohela,   PO Box 740283,    Atlanta, GA 30374-0283
14070285*      +Devry University,    1800 JFK Blvd.,    Suite 200,   Philadelphia, PA 19103-7419
14078038*      +Devry University,    1800 JFK Blvd.,    Suite 200,   Philadelphia, PA 19103-7419
14070286*       Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14078039*       Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14070287*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems,     PO Box 7999,
                 Saint Cloud, MN 56302-9617)
14078040*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems,     PO Box 7999,
                 Saint Cloud, MN 56302-9617)
14070288*      +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14078041*      +PECO Bankruptcy Collections,    2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
14070289*      +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000 C Derry St.,
                 Harrisburg, PA 17111-5287
14078042*      +Pennsylvania Turnpike Commission,    Violation Processing Center,    8000 C Derry St.,
                 Harrisburg, PA 17111-5287
14070290*      +Rent A Center,    501 S. 69th Street,    Upper Darby, PA 19082-4232
14078043*      +Rent A Center,    501 S. 69th Street,    Upper Darby, PA 19082-4232
14070291*      +Santander Consumer USA,    8585 N. Stemmons Fwy,    Suite 1000,    Dallas, TX 75247-3800
14078044*      +Santander Consumer USA,    8585 N. Stemmons Fwy,    Suite 1000,    Dallas, TX 75247-3800
14078045*      +U.S. Department of Education,    61 Forsyth St. SW 19T40,    Atlanta, GA 30303-8919
14070293*      +US Bank, N.A.,    Trustee for PA Housing Finance Agency,    211 N. Front Street,    POB 15057,
                 Harrisburg, PA 17105-5057
14078046*      +US Bank, N.A.,    Trustee for PA Housing Finance Agency,    211 N. Front Street,    POB 15057,
                 Harrisburg, PA 17105-5057
14070294*       Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
14078047*       Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
                                                                                      TOTALS: 0, * 36, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: Randi                Page 3 of 3                   Date Rcvd: Sep 12, 2018
                               Form ID: pdf900            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Shareema M. Peterkin Perlick@verizon.net,
               pireland1@verizon.net
                                                                                         TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Shareema Peterkin                :   Chapter 13
                                          :
                                          :
         Debtor                           :   Bankruptcy No. 18-11505AMC

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Zachary Perlick, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on September 11, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on October 9, 2018, at 11:00 a.m. in Bankruptcy Courtroom No. 4 U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before September 27, 2018.

**Date: September 12, 2018**

Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA 19102

      Shareema Peterkin
      4122 E. Howell Street
      Philadelphia, PA 19135

      William C. Miller, Esquire
      1234 Market Street
      Suite 1813
      Philadelphia, PA 19107