IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      SHAREEMA PETERKIN        :     CHAPTER 13
                                     :
                                     :
            DEBTOR                   :     BANKRUPTCY No. 18-11505AMC

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $3,500.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $1,500.00 |
| Net amount to be paid by Trustee | $2,020.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: 10/9/18