United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11505-amc
Shareema M. Peterkin                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                  Page 1 of 1                  Date Rcvd: Oct 10, 2018
                          Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db             +Shareema M. Peterkin,    4122 East Howell Street,    Philadelphia, PA 19135-3940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
         KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
          bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
         ZACHARY PERLICK    on behalf of Debtor Shareema M. Peterkin Perlick@verizon.net,
          pireland1@verizon.net
                                                                                                                                                                    TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SHAREEMA PETERKIN    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 18-11505AMC

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee award:                          $3,500.00
Total expense cost:                       $   20.00
Attorney fee already paid by Debtor       $1,500.00
Net amount to be paid by Trustee          $2,020.00

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: 10/9/18